**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| American Home Contractors, Inc.,<br>*Plaintiff,*<br><br>v.<br><br>Infinity Home Services Holdco Inc., Infinity Home Services LLC, American Home Contractors LLC, and American Home Contractors Of Virginia, LLC,<br>*Defendants.* | DOCUMENT FILED ELECTRONICALLY<br><br>Civil Action No. 2:25-cv-18093-CCC-MAH<br><br>**STIPULATION AND ORDER SUBSTITUTING ATTORNEYS** |

Notice is hereby given that, subject to approval by the Court, Plaintiff, American Home Contractors, Inc., hereby substitutes COLEMAN LAW FIRM, PC by and through Ronald D. Coleman, Esq. as counsel of record in place of the law firm Weitzman Law Offices, LLC and its attorney Richard Straussman.

Dated: March 12, 2026

Consent of Outgoing Firm:

WEITZMAN LAW OFFICES, LLC
s/ Richard Straussman
Richard Straussman
425 Eagle Rock Ave., Suite 401
Roseland, NJ 07068
Ph. 973-403-9943
rstraussman@weitzmanip.com

Consent of Incoming Firm:

COLEMAN LAW FIRM, PC
s/ Ronald D. Coleman
Ronald D. Coleman
50 Park Place, Suite 1105
Newark, NJ 07102
Ph. 973-264-9611
rcoleman@colemanlaw-pc.com

Consent of Plaintiff :

AMERICAN HOME CONTRACTORS, INC.

By: Jonathan Parker
Its: Owner

**SO ORDERED**

Claire C. Cecchi, U.S.D.J.